No. 4,368.—STATE, RESPONDENT, *v.* JOE MILCH, APPELLANT.

*Appeal from District Court of Lewis and Clark County;*
*W. H. Poorman, Judge.*

Decided September 14, 1920.

PER CURIAM.—Pursuant to motion of appellant herein, showing that the trial court has granted appellant a new trial, his appeal from the judgment of conviction is dismissed.

*Mr. Henry C. Smith,* for Appellant.

---

No. 4,616.—STATE, APPELLANT, *v.* AMELIA KOBLE, RESPONDENT.

*Appeal from District Court, Hill County; W. B. Rhoades, Judge.*

Decided September 14, 1920.

PER CURIAM.—The motion of respondent to dismiss the appeal herein for the reason that the appellant has failed to file and serve its brief within the time allowed by the rules of this court and by the stipulation of counsel extending the time is granted and the appeal accordingly dismissed.

*Mr. C. R. Stranahan* and *Mr. A. Lee Golden,* for Appellant.

*Mr. Victor R. Griggs,* for Respondent.